IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Cleveland Berry 217872
Full name and prison number
of plaintiff(s)

2009 FEB -3  A 10: 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.                                   CIVIL ACTION NO. 1:09 CV 88 - WHA
                                     (To be supplied by Clerk of
Houston County                       U.S. District Court)

Houston County Commissioner

Deputy. Leary

Deputy. Chauncey

Deputy. Hogler
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)


I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action?  YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment?  YES ( )  NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if
         state court, name the county) _____

         _____

        3.      Docket number _____

        4.      Name of judge to whom case was assigned _____

        5.      Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

        6.      Approximate date of filing lawsuit _____

        7.      Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: On Jan 13, 2009 I was Asked by Officer Hagler, officer Leary to kind of scare a group

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

of Children that was comeing threw the jail on a tour, me along with 3 other Inmates, Jarvis Dean, Rodney Caliste, and Johnny Bradley. Officer Hogier along with officer Chauncey told us it was ok to put on a play for the Teenagers. Once the play began

GROUND TWO: Officer Leary Shot me in the Back with his taser gun the prow Entered the right

SUPPORTING FACTS: Side of my Back, I feel to the ground, I told officer Leary it was a play, he helped me up off the ground and said he was sorry. Officer Leary said he was Sorry again and asked me was I ok, He said he didn't know. Sgt Buckman Asked me was I ok, Then She told

GROUND THREE: Officer Leary that they would come up with some kind of report Saying the taser

SUPPORTING FACTS: just went off. The officer's then come back into the pod later on and said we were going to lock up because Sgt. Jones wanted us to go to justify them useing the taser gun. we was put in lock up together same Cell, wrote a

Major Disciplinary for Disobeying a Direct Order and Assault on another Inmate "fighting". Officer Hogier and officer Chauncey wrote that we come up with that on our own, and they told us not to do it. As this was takeing place officer Hogier was telling Sgt Buckman what we was doing. She told us to put her, along with officer Shelly on our Displinary for a witness. The Next morning while in lock up I wrote the Commander about what went on and Sgt. Buckman, officer Leary went to him and Notifyed ham the the two officer's were Lying he let us out of

3

-Attach From Sheet-

gave me my Cell back and my Bed back, The Commander told a officer to come and inform us that he was doing a full Investigation of the whole Incident, He Also The two officer were possibly faceing a felony Charge for giving Sworn Statements and lying to him. While IN lock up I wrote a request to go to See the Doctor Because I hurt my Hip in the process they Didn't See me until the next Day a Day later I was Shipped to Kilby Corr facility.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like for something to be did about my Cruel an Onsoal punishment the way they did me. I Also would like for them to pay my Doctor Bills

*Cleveland Berry*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __1/29/2009__ .
(Date)

*Cleveland Berry*
Signature of plaintiff(s)

4

Clendenel Berry #217872
P.O Box 150
Mount Meigs Al. 36057

Legal Mail

U.S District Clerk
Debra Hackett
P.O Box 711
Montgomery al. 36101